**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **JAI VANG,** *Petitioner,* | § | |
| | § | |
| ***v.*** | § | **NO. 1:26-CV-00447-ADA-DH** |
| | § | |
| **MARKWAYNE MULLIN et al.,** *Respondents.* | § | |

**ORDER TO TRANSFER**

Before the Court is Petitioner Jai Vang's petition for writ of habeas corpus, Dkt. 1. Vang asks the Court to order Respondents to release Vang or provide a bond hearing. *Id.* Vang states that he is detained at ERO El Paso Camp East Montana in El Paso, Texas. *Id.* El Paso, Texas is in the El Paso Division of the Western District of Texas.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). In this case, Vang is detained in the El Paso Division of the Western District of Texas. *Garibay-Robledo v. Noem*, No. 3:25-CV-2461-L-BN, 2025 WL 2638672, at *2 (N.D. Tex. Sept. 12, 2025) (transferring § 2241 petition from Dallas Division to Abilene Division where petitioner was physically detained). Additionally, Vang's immediate custodians reside in the El Paso Division. *See* 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained."). The undersigned finds that for the convenience of the parties and witnesses, and in the interest of justice, this case should be transferred to the El Paso Division.

Accordingly, **IT IS ORDERED** that this case is **TRANSFERRED** to the El Paso Division of the Western District of Texas.

**SIGNED** on March 26, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE