## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **JAI VANG,** | § | |
|     **Petitioner,** | § | |
| | § | |
| | § | |
| **v.** | § | **EP-26-CV-00847-DB** |
| | § | |
| **KRISTI NOEM,** *in her official capacity as* | § | |
| *Secretary of the Department of Homeland* | § | |
| *Security***,** *et al.,* | § | |
|     **Respondent.** | § | |

## FINAL JUDGMENT

On this day, the Court considered the above-captioned case. On July 30, 2026, the parties filed a "Joint Status Report," ECF No. 27, advising the parties conferred regarding remaining issues to resolve. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **11th** day of **August 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**